

NUMBER 13-11-00179-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BEVERLY PIRKLE AND STEPHEN O. PIRKLE,                    **Appellants,**

**v.**

U.S. BANK NATIONAL ASSOCIATION ND
D/B/A ELAN FINANCIAL SERVICES,                    **Appellee.**

## On Appeal from the 2nd 25th District Court
of Gonzales County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellants, Beverly Pirkle and Stephen O. Pirkle, perfected an appeal from a

judgment entered by the 2nd 25th District Court of Gonzales County, Texas, in cause

number 24,180.   Appellants have filed a motion to dismiss the appeal with prejudice on

grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellants' amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' amended motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
30th day of August, 2012.